O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD HUANG, an individual California resident,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EBAY, INC., a Delaware corporation; INTUIT INC., a Delaware corporation,<br><br>　　　　Defendants. | Case No. CV 15-05722 DDP (AGRx)<br><br>ORDER GRANTING MOTION FOR CHANGE OF VENUE<br><br>[DOCKET NUMBER 13] |

　　The Court finds that the Northern District of California is a proper venue for this case. As the parties agree that such venue is appropriate and convenient, the Court grants Defendants' unopposed motion for change of venue under 28 U.S.C. § 1404(a).

IT IS SO ORDERED.

Dated: September 4, 2015

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　United States District Judge