Robert A. Mittelstaedt (No. 60359)
ramittelstaedt@jonesday.com
David Kiernan (No. 215335)
dkiernan@JonesDay.com
Craig E. Stewart (No. 129530)
cestewart@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Intuit Inc.

FILED
CLERK, U.S. DISTRICT COURT
SEP 9 2015
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BERNARD HUANG, an individual California resident and ED KIM, an Individual California resident, on behalf of Themselves and all others similarly situated,

Plaintiffs,

vs.

EBAY INC., a Delaware corporation, INTUIT INC. a Delaware corporation and Does 1 through 100 inclusive,

Defendants.

**CASE NO. 2:15-CV-05722-DDP-AGRx**

[~~PROPOSED~~] ORDER GRANTING INTUIT INC.'S APPLICATION TO SEAL

**Complaint Filed: June 26, 2015**

LODGED
2015 SEP -4 PM 4:12
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

Having considered the Intuit Inc.'s Administrative Motion to Seal and compelling reasons having been shown, the motion is hereby GRANTED. The "Separation Terms and General Release Agreement," attached as Exhibit 4 to the Declaration of David Kiernan in Support of Defendant eBay, Inc. And Intuit, Inc.'s Request For Judicial Notice In Support Of Plaintiff Intuit's Motion To Dismiss And Motion To Strike Plaintiffs' Complaint shall be kept under seal.

**IT IS SO ORDERED.**

Dated: 9/9, 2015 By: Dean D Pregerson

Hon. Dean D. Pregerson
United States District Judge